CLARISSA DALE, *Respondent, v.* DAVID MAIN, *Appellant.* — Order denying new trial affirmed, with costs.

SAME *v.* SAME. — Judgment affirmed, with costs. Opinions by BARNARD, P. J., and PRATT, J.

HARVEY ROZELL and others, *Commissioners, etc., Respondents, v.* ELIZA ANDREWS, *Appellant.* — Judgment affirmed, with costs. Opinion by PRATT, J.; BARNARD, P. J., not sitting.

AUGUSTUS R. GRIFFIN, *Receiver, etc., Respondent, v.* THE LONG ISLAND RAILROAD COMPANY, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

DANIEL VAIL, *Respondent, v.* THE LONG ISLAND RAILROAD COMPANY, *Appellant.* — Judgment affirmed, with costs. Opinion by PRATT, J.; BARNARD, P. J., not sitting.

ANN FITZPATRICK, *Respondent, v.* THE CITY OF BROOKLYN, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.; PRATT, J., dissenting.

CATHARINE WHITE, *Appellant, v.* HERMAN WESCHLER and another, *Respondents.* — Judgment affirmed, with costs. Opinion by PRATT, J.

ISAAC F. TYSEN, *Respondent, v.* CHARLES H. TOMPKINS, *Appellant.* — Judgment affirmed, with costs. Order denying motion to amend notice of appeal affirmed; order granting leave to serve supplemental reply affirmed. Opinions by BARNARD, P. J., and DYKMAN, J.

HARRIET L. SCOTT, *Appellant, v.* JOHN H. GREGORY, *Respondent.* — Judgment affirmed, with costs. Opinion by PRATT, J.; DYKMAN, J., not sitting.

WILLIAM N. BURT, *Respondent, v.* THE VILLAGE OF PORT JERVIS, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

GEORGE F. NEUBAUER, *Appellant, v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Respondent.* — Judgment affirmed, with costs. Opinion by Barnard, P. J.; DYKMAN, J., not sitting.

ELLEN GREANY, *Respondent, v.* THE LONG ISLAND RAILROAD COMPANY, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

ELIZA ALLISON, *Appellant, v.* THE VILLAGE OF MIDDLETOWN, *Respondent.* — Judgment and order denying new trial affirmed, with costs. Opinion by PRATT, J.; DYKMAN, J., not sitting.

WILLIAM H. CATLIN, *Respondent, v.* ALEMBERT POND and others, *Appellants.* — Judgment and order denying new trial affirmed with costs. Opinion by PRATT, J.; BARNARD, P. J., not sitting.